# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WENGUI GUO a/k/a MILES KWOK, | : | Civil Action No. 18-3800 (MCA) (MAH) |
| Plaintiff, | : | |
| v. | : | |
| JUN CHEN a/k/a JONATHAN HO, | : | AMENDED SCHEDULING ORDER |
| Defendant. | : | |

**THIS MATTER** having come before the Court for telephone conference on December 16, 2020;

and for good cause shown:

**IT IS on this 16th day of December 2020,**

1. Fact discovery is to remain open through **March 31, 2021** for the purpose of completing depositions. For any witness located in China, counsel shall promptly initiate letters rogatory, in addition to any other process recognized under the law, to secure the witness's testimony.

2. All affirmative expert reports shall be delivered by **May 15, 2021**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **July 1, 2021**. Any such report shall be in the form and content as described above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 1, 2021.**

5. There shall be a telephone status conference before the Undersigned on **April 5, 2021, at 11:00 a.m.** Counsel shall dial 1-888-684-8852 and enter 1456817#.

*s/ Michael A. Hammer*_____
**United States Magistrate Judge**