# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENGUI GUO,<br><br>      Plaintiff,<br>v.<br><br>JUN CHEN,<br><br>      Defendants. | Civil Action No. 18-3800(MCA)<br><br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It appearing that the parties have agreed to a mutual dismissal of their claims;

and it appearing that plaintiff has filed for protection under Chapter 11 of the Bankruptcy code;

and it appearing that because this claim is now an asset of the Estate, approval from the Bankruptcy Court is needed to dismiss the claims;

and for good cause shown;

**IT IS** on this 17th day of March, 2022,

**ORDERED** that the Clerk administratively terminate the action on his records pending approval of the dismissal by the Bankruptcy Court, at which time it will be dismissed with prejudice.

**ORDERED** that the plaintiff shall report to Magistrate Judge Hammer as to the status of the Bankruptcy proceeding within 90 days.

                                                          s/Madeline Cox Arleo<br>
                                                  UNITED STATES DISTRICT JUDGE